| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 08, 2017<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAY LEVY,

    Defendant.

Case No. 2:17-mj-0202-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __MAY LEVY__,

Case No. __2:17-mj-0202-CKD__ from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ __$50,000, cosigned by aunt and husband.__

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    __X__ (Other): __Pretrial Services conditions of release.__

Issued at Sacramento, California on December 08, 2017 at __7:45 pm__

    By: _/s/ Carolyn Delaney_

    Magistrate Judge Carolyn K. Delaney