UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 08, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-mj-0202-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| MAY LEVY, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __MAY LEVY__,

Case No. __2:17-mj-0202-CKD__ from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ $50,000, cosigned by aunt and husband.

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Pretrial Services conditions of release.

Issued at Sacramento, California on December 08, 2017 at 7:45 pm

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney